1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

5
6
7
8
9
10

| | |
|---|---|
| LHF PRODUCTIONS, INC.,<br><br>                 Plaintiff,<br><br>   v.<br><br>DOES 1-8,<br><br>                 Defendants. | Civil Action No. 16-cv-1648<br><br>PLAINTIFF'S CORPORATE DISCLOSURE |

11  Plaintiff LHF Productions, Inc. answers Federal Rules of Civil Procedure 7.1 and

12  LCR 7.1 questions as follows:

13  **(1)  Does the Plaintiff have a parent corporation or any publicly held corporation owning more than 10% of its stock?**

14  Yes: A&T IP, Inc.

15  **(2)  Any member or owner in a joint venture or limited liability corporation (LLC)?**

16  No.

17  **(3)  Any partners in a partnership or limited liability partnership (LLP)**

18  No

19  **(4)  Any corporate member, if the party is any other unincorporated association, or stating that there is no such corporate member**

20  No

21  RESPECTFULLY SUBMITTED this 21st day of October, 2016.

22  s/David A. Lowe, WSBA No. 24,453
23  Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES^PLLC
24  701 Fifth Avenue, Suite 4800
Seattle, WA 98104
25  T: 206.381.3300

26  Attorneys for LHF Productions, Inc.

CORPORATE DISCLOSURE
Civil Action No. 16-cv-1648
INIP-6-0058P01 CDS

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301