Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-8, <br><br> Defendants. | Civil Action No. 16-cv-1648RSM <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE OF DOE 2 |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant Doe 2 agreed to (a) not directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *London Has Fallen*, Copyright Registration No. PA 1-982-831, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *London Has Fallen* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453 <br> Lowe@LoweGrahamJones.com <br> LOWE GRAHAM JONES<sup>PLLC</sup> <br> 701 Fifth Avenue, Suite 4800 <br> Seattle, WA 98104 <br> T: 206.381.3300 <br> F: 206.381.3301 <br><br> *Attorneys for Plaintiff* | s/Jason E. Wax, WSBA No. 41,944 <br> wax@lasher.com <br> LASHER HOLZAPFEL SPERRY & EBBERSON <br> 601 Union St., Suite 2600 <br> Seattle, WA 98101 <br> T: 206.654.2481 <br> F: 206.340.2563 <br><br> *Attorneys for Defendant* |

STIPULATION OF DISMISSAL
Civil Action No. 16-cv-1648RSM
INIP-6-0058P03 SDMISS - Doe 2

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301